UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME NAVARRO and AUREMA NAVARRO, | Case No.  1:25-cv-01646-JLT-FJS |
| Plaintiffs, | ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY |
| v. | (ECF No. 15) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

In view of the motion to withdraw as counsel for Plaintiffs (ECF No. 15), the Clerk of Court is hereby DIRECTED to terminate Theodore W. Briscoe III, formerly of the law firm, California Insurance Attorneys, P.C., as an attorney of record for Plaintiffs.  Plaintiffs will continue to be represented in this matter by the remaining attorney of record.  *See* L.R. 182(b).

IT IS SO ORDERED.

Dated:    **March 30, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1