UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME NAVARRO, et al., | Case No.  1:25-cv-01646-JLT-FJS |
| Plaintiffs, | ORDER VACATING SCHEDULING CONFERENCE AFTER STIPULATION AND PROPOSED ORDER FOR REMAND |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | (ECF No. 19) |
| Defendant. | |

On April 16, 2026, the parties filed a stipulation and proposed order regarding the amount in controversy and seeking remand of this action. (ECF No. 19.) Yet, as the parties have not yet consented to United States Magistrate Judge jurisdiction, the assigned district court judge will address the stipulation and order.  In light of the parties' stipulation seeking to remand this action (ECF No. 19), the Court vacates the scheduling conference set for April 20, 2026, before Magistrate Judge Frank J. Singer. (ECF No. 18). Within ten days after the issuance of the order, should the matter go forward, the parties are directed to contact Courtroom Deputy Esther Valdez (evaldez@caed.uscourts.gov) to secure a new scheduling conference date.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE