SONIA MARTIN (SBN 191148)
sonia.martin@dentons.com
EMILY NOZICK (SBN 201050)
emily.nozick@dentons.com
MATTHEW A. CHIPMAN (SBN 332944)
matt.chipman@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, California  94612
Telephone:    (415) 882-5000
Facsimile:    (415) 882-0300

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY

THOMAS JAMES GIBBONS (SBN 209740)
Thomas@caia.legal
ANGELA RUSSELL (SBN 314700)
Angela@caia.legal
CALIFORNIA INSURANCE ATTORNEYS, P.C.
222 N. Pacific Coast Highway, Ste 2000
El Segundo, CA, 90245
Telephone: (855) 410-4242
Attorneys for Plaintiffs
JAIME NAVARRO and AUREMA NAVARRO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME NAVARRO & AUREMA NAVARRO,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and DOES 1 -10,<br><br>Defendants. | Case No. 1:25-cv-01646 JLT FJS<br><br>[~~PROPOSED~~] ORDER REGARDING AMOUNT IN CONTROVERSY AND REMAND<br><br>Action filed:  October 21, 2025<br>Removal filed:  November 25, 2025 |

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation between Plaintiffs Jamie and Aurema Navarro and Defendant Nationwide Mutual Insurance Company and for good cause appearing, the Court **ORDERS**:

1. This case is remanded to Merced County Superior Court.

2. The Parties shall bear their own attorneys' fees and costs associated with the removal and remand of this action.

IT IS SO ORDERED.

Dated:    **April 20, 2026**

_____
UNITED STATES DISTRICT JUDGE

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CA 94612
(415) 822-5000